IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROLAND TABB, individually, and on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PROTECTIVE SERVICES OF OKLAHOMA CITY, LP, d/b/a UNITED PROTECTIVE SERVICES,<br><br>    Defendant. | Case No. CIV-25-1021-SLP |

**O R D E R**

Before the Court is Defendant's Partial 12(b)(2) Motion to Dismiss and Opening Brief in Support [Doc. No. 13]. Subsequent to the filing of Defendant's Motion, Plaintiff filed an Amended Complaint [Doc. No. 15]. "The [A]mended [C]omplaint, as the operative complaint, supersedes the original complaint's allegations[.]" *May v. Segovia*, 929 F.3d 1223, 1229 (10th Cir. 2019). Thus, those allegations are of "no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, Defendant's Partial 12(b)(2) Motion to Dismiss and Opening Brief in Support [Doc. No. 13] is DENIED as MOOT.

IT IS SO ORDERED this 2nd day of December, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE